UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CANYON WILLOW OWNERS' ASSOCIATION, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:13-CV-01328-APG-CWH<br><br>ORDER |

　　　In light of the Stipulation and Order of Voluntary Dismissal (Doc. #36) as to Defendant Canyon Willow Owners' Association,

　　　IT IS ORDERED that Defendant Canyon Willow Owners' Association's Motion to Dismiss (Doc. #34) is hereby denied as moot.

　　　DATED this 8th day of September 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW P. GORDON**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**